**FILED**

NOV 2 7 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TYRONE JULIUS, )
)
      Plaintiff, )
)
v. )     Civil Action No.   09 2249
)
SOCIAL SECURITY ADMINISTRATION, )
)
      Defendant. )

## MEMORANDUM OPINION

This matter comes before the court on plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The meager facts set forth in the complaint do not articulate a basis for this court's jurisdiction, and do not amount to a short and plain statement of a claim showing plaintiff's entitlement to relief. As drafted, the complaint fails to comply with Rule 8(a), and accordingly, the complaint will be dismissed. An Order consistent with this Memorandum Opinion will be issued on this same date.

Date: 11/10/09

_____
United States District Judge